IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-652-F

WILLIAM HICKS, Individually, and )
KELLY HICKS, Individually and as )
Guardian ad Litem for D.H., a minor and )
D.H., )
                             )
                             )
                             )
                             )
                 Plaintiffs, )
                             )
                             )
                             )               **ORDER**
               v. )
                             )
                             )
GEMMY INDUSTRIES CORP., GEMMY )
INDUSTRIES (HK), LIMITED, )
                             )
                             )
                             )
                             )
                             )
                             )
              Defendants. )

This matter is before the court on the Joint Consent Motion to Stay or in the Alternative, Modify Scheduling Order [DE-37]. The parties' request to stay is DENIED, but, for good cause shown, their alternative request to extend the deadlines in the Scheduling Order by ninety days is ALLOWED. The trial in this matter is continued to the term of court commencing on June 3, 2013.

SO ORDERED.

This the 11th day of May.

                                     *James C. Fox*
                                     James C. Fox
                                     Senior United States District Judge